EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re,<br>Enmiendas al Reglamento para<br>La Admisión de Aspirantes al<br>Ejercicio de la Abogacía<br>y la Notaría | 2005 TSPR 73<br><br>163 DPR \_\_\_\_ |

Número del Caso: ER-2005-6

Fecha: 27 de mayo de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
JUNTA EXAMINADORA DE ASPIRANTES AL EJERCICIO
DE LA ABOGACÍA Y LA NOTARÍA

In re,
Enmiendas al Reglamento para
la Admisión de Aspirantes al
Ejercicio de la Abogacía
y la Notaría

**RESOLUCIÓN**

San Juan, Puerto Rico a 27 de mayo de 2005.

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, se enmienda la Regla 14.2 del citado reglamento, para que exprese lo siguiente:

**Regla 14.2** Tan pronto como sea posible luego de conocerse los resultados de cada examen, la Junta preparará y enviará a la Secretaría y Biblioteca del Tribunal, a las Escuelas de Derecho y a cualquier otra entidad que la Junta determine, una lista de aprobados y suspendidos, que identifique a los aspirantes por aquel número que para esos efectos se les asigne. Podrá además, publicar los resultados de los exámenes en los sistemas electrónicos de información. Luego de la juramentación de los abogados que hayan aprobado la Reválida General, se someterá una lista al Colegio de Abogados de Puerto Rico la cual incluirá sus direcciones.

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo